SEDGWICK LLP
ROBERT F. HELFING  Bar No. 90418
robert.helfing@sedgwicklaw.com
HEATHER L. McCLOSKEY  Bar No. 193239
heather.mccloskey@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Plaintiff
CELS ENTERPRISES, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELS ENTERPRISES, INC., a New York corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>VIEWMARK U.S.A. INC., a New Jersey corporation,<br><br>            Defendant. | CASE NO. CV 11-04706 ODW (JEMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO CONSENT JUDGMENT AND SETTLEMENT AGREEMENT** |

THE COURT, having read and considered the Parties' Request for Dismissal Pursuant to Consent Judgment and Settlement Agreement, and good cause appearing therefor, ORDERS AS FOLLOWS:

This action, in its entirety, is hereby **dismissed with prejudice, the Court hereby retaining jurisdiction for the purpose of enforcing the terms set forth in the parties' Notice of Settlement.**

Dated: July 17, 2012

_____
UNITED STATES DISTRICT JUDGE

LA/1443682v1

1